OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of
Ohio are being transmitted electronically beginning May 27,
1992, pursuant to a pilot project implemented by Chief Justice
Thomas J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Whitten, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.
Your comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

The State ex rel. Martinelli, Appellant, v. City of Cleveland
Police Department et al., Appellees.
[Cite as State ex rel. Martinelli v. Cleveland Police Dept.
(1993),      Ohio St.3d     .]
Mandamus to compel disclosure of various documents for use in
supporting convicted murderer's petition for post-conviction
relief -- Writ granted in part and denied in part.
     (No. 93-585 -- Submitted May 25, 1993 -- Decided June 23,
1993.)
     Appeal from the Court of Appeals for Cuyahoga County, No.
56461.

     Joseph P. Martinelli, pro se.
     Danny R. Williams, Director of Law, and Joseph J. Jerse,
Assistant Director of Law, for appellees.

     The cause is affirmed for the reasons stated in the court
of appeals' opinion.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.